UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| RICHARD O'NEAL DEAN,<br><br>                Plaintiff,<br><br>        vs.<br><br>OFFICER TIM ALLEN, et al.,<br><br>                Defendants. | Case No:  C 11-1098 SBA (pr)<br><br>**JUDGMENT** |

    In accordance with the Court's Order Granting Defendants' Motion for Summary
Judgment,

    IT IS HEREBY ORDERED THAT final judgment is entered in favor of Defendants.

    IT IS SO ORDERED.

Dated: February 21, 2013

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge

1

2    UNITED STATES DISTRICT COURT
     FOR THE
3    NORTHERN DISTRICT OF CALIFORNIA

4

5    RICHARD ONEAL DEAN,

6              Plaintiff,

7       v.

8    CONTRA COSTA COUNTY SUPERIOR
     COURT et al,
9
               Defendant.
10   _____/

11

12                                              Case Number: CV11-01098 SBA

13                                              **CERTIFICATE OF SERVICE**

14

15   I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District
     Court, Northern District of California.
16
     That on February 22, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said
17   copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing
     said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle
18   located in the Clerk's office.

19

20

21

22   Richard Oneal Dean
     2262 Concord Dr.
23   Pittsburg, CA 94565

24   Dated: February 22, 2013
                                                Richard W. Wieking, Clerk
25
                                                         By: Lisa Clark, Deputy Clerk
26

27

28

- 3 -

1

2

G:\PRO-SE\SBA\CR.11\11-1098 - Dean - Judgment.docx

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28