UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| RICHARD O'NEAL DEAN,<br><br>    Plaintiff,<br><br>vs.<br><br>OFFICER TIM ALLEN, et al.,<br><br>    Defendants. | Case No: C 11-1098 SBA (pr)<br><br>**JUDGMENT** |

In accordance with the Court's Order Granting Defendants' Motion for Summary Judgment,

IT IS HEREBY ORDERED THAT final judgment is entered in favor of Defendants.

IT IS SO ORDERED.

Dated: February 21, 2013

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge

| | |
|---|---|
| 1 | |
| 2 | UNITED STATES DISTRICT COURT<br>FOR THE |
| 3 | NORTHERN DISTRICT OF CALIFORNIA |

RICHARD ONEAL DEAN,

       Plaintiff,

  v.

CONTRA COSTA COUNTY SUPERIOR COURT et al,

       Defendant.
_____/

Case Number: CV11-01098 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 22, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Richard Oneal Dean
2262 Concord Dr.
Pittsburg, CA 94565

Dated: February 22, 2013

                         Richard W. Wieking, Clerk

                              By: Lisa Clark, Deputy Clerk

G:\PRO-SE\SBA\CR.11\11-1098 - Dean - Judgment.docx